

Case 4:22-cv-00099-SDJ-CAN   Document 13   Filed 05/17/22   Page 1 of 1 PageID #: 67

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Francois Auguston
4704 Redwood Dr.
McKinney, TX 75070

9590 9402 6402 0303 5628 89

2. Article Number (Transfer from service label)
7020 1290 0000 4194 5828

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt

---

USPS TRACKING #

9590 9402 6402 0303 5628 89

United States Postal Service

[Stamp: EASTERN DIST. OF TEXAS, BEAUMONT, MAY 17 2022]
[Stamp: CLERK U.S. DISTRICT COURT RECEIVED]

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

U.S. DISTRICT CLERK
300 WILLOW ST., STE. 104
BEAUMONT, TX 77701
4:22cv99 #12 Order