UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FRANCOIS AUGUSTON | § § | |
| v. | § § | CIVIL CASE NO. 4:22-CV-99-SDJ |
| GLOBAL EXCHANGE VACATION CLUB, ET AL. | § § § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 15, 2022, the Report of the Magistrate Judge, (Dkt. #18), was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Francois Auguston's claims be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41. The tracking information reflects delivery of the Report to Auguston on June 22, 2022. (*See* Dkt. #19). Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Plaintiff Francois Auguston's claims are **DISMISSED WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 14th day of July, 2022.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE